**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DALE BRYANT,
ADC #99472                                                                                          PLAINTIFF

v.                                5:12-cv-00226-SWW-JTK

RAY HOBBS, et al.                                                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Hobbs, Kelley, and Person be DISMISSED from this action, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE