**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DALE BRYANT,                                                                                          PLAINTIFF
ADC #99472

v.                                          5:12-cv-00226-SWW-JTK

RAY HOBBS, et al.                                                                                DEFENDANTS

## ORDER

Defendants shall file Responses to Plaintiff's Motions for Preliminary Injunctive Relief

(Doc. Nos. 9, 15) within ten days of the date of this Order.

IT IS SO ORDERED this 11th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE