IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DALE BRYANT, PLAINTIFF
ADC #99472

v. 5:12-cv-00226-SWW-JTK

RAY HOBBS, et al. DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss his First Amendment retaliation claims against all Defendants (Doc. No. 52) is GRANTED.

IT IS SO ORDERED this 5th day of November, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE