**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DALE BRYANT,                                                                                       PLAINTIFF
ADC #99472

v.                          5:12-cv-00226-SWW-JTK

RAY HOBBS, et al.                                                      DEFENDANTS

**<u>ORDER</u>**

In his response (Doc. No. 62) to Defendants' Response to Plaintiff's pending Motions for Injunctive Relief, Plaintiff states he never received a copy of the medical release form which this Court directed him to sign, by Order dated October 29, 2012 (Doc. No. 51). Defendants are hereby directed to forward to Plaintiff another copy of a medical release form within **five** days of the date of this Order. Plaintiff is directed to sign such form and return it to Defendants within **fifteen** days of the date of this Order. Defendants shall then respond to the pending Motions for Injunctive Relief (Doc. Nos. 9, 15, 53) within **thirty** days of the date of this Order.

Failure of the Plaintiff to comply with this Order and submit a signed medical release to the Defendants will result in the denial of Plaintiff's Motions for Injunctive Relief.

IT IS SO ORDERED this 26th day of November, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE