**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DALE BRYANT,                                                                          PLAINTIFF
ADC #99472

v.                                         5:12-cv-00226-SWW-JTK

RAY HOBBS, et al.                                                                  DEFENDANTS

## ORDER

Defendants Corizon, Inc., Dr. Nwannem Obi-Okoye, Aric Simmons, Juanita Stell, Roslyn

Summerville, Wannetta Clowers, Dr. Debra Clyde, and Sabainah Awopetu, through their attorney,

have answered and supplied their correct names (Doc. Nos. 30, 41, 56, 66). The Clerk is directed

to change the style of the case to reflect the correct name of these Defendants.

IT IS SO ORDERED this 24th day of January, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE