## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DALE BRYANT,
ADC #99472                                                                                    PLAINTIFF

v.                                          5:12-cv-00226-SWW-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Preliminary Injunction (Doc. Nos. 9, 15, 53) are DENIED.

IT IS SO ORDERED this 15th day of February, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1