# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DALE BRYANT,  PLAINTIFF
ADC #99472

v.  5:12CV00226-SWW-JTK

RAY HOBBS, et al.  DEFENDANTS

## ORDER

Plaintiff's Motion to Declare that Requests for Admission from Defendants Stell and Clyde be deemed admitted (Doc. No. 89) is DENIED. The Court finds no evidence of intentional misleading by Defense Counsel, and no evidence that Plaintiff did not timely receive the responses to the requests. The Court will not receive any additional motions or responses on this issue; Plaintiff is reminded of his responsibility, pursuant to FED.R.CIV.P 37, to confer with opposing counsel prior to filing objections to discovery responses. In addition, Plaintiff is reminded of his responsibilities under FED.R.CIV.P. 11(b).[1]

IT IS SO ORDERED this 28th day of February, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "By presenting to the court a pleading, written motion, or other paper...an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief...(1) it is not being presented for any improper purpose...."