**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DALE BRYANT,                                                              PLAINTIFF
ADC #99472

v.                                    5:12CV00226-SWW-JTK

RAY HOBBS, et al.                                                     DEFENDANTS

<u>**ORDER**</u>

Plaintiff's Motion to Compel (Doc. No. 101) is DENIED as moot.  Defendants' Response

indicates discovery was timely mailed to Plaintiff (Doc. No. 107).  Plaintiff is cautioned that in the

future he must abide by Fed.R.Civ.P. 37(a)(1) which requires a party to certify that they have "in

good faith conferred or attempted to confer" with the other party prior to filing a motion to compel

with the Court.

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE