# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DALE BRYANT,
ADC #99472                                                                                          PLAINTIFF

v.                                        5:12CV00226-SWW-JTK

RAY HOBBS, et al.                                                                                DEFENDANTS

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 123) of this Court's June 27, 2013 Order (Doc. No. 118) denying his Motion to Compel is DENIED.

IT IS SO ORDERED this 24th day of October, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE