**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DALE BRYANT,
ADC #99472                                                                                                   PLAINTIFF

5:12CV00226-SWW-JTK

RAY HOBBS, et al.                                                                                         DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, the timely objections received thereto, the response to the objections, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Motion for Summary Judgment (Doc. No. 126) is DENIED.

2.   Defendants' Motion for Summary Judgment (Doc. No. 129) is GRANTED.

3.   Plaintiff's claims against Defendants Corizon, Inc., Juanita Stell, Roslyn Summerville, Wannetta Clowers, and Sabainah Awopetu are DISMISSED without prejudice.

4.   Plaintiff's claims against Dr. Nwannem Obi-Okoye, Dr. Debra Clyde, and Aric Simmons are DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 6th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE